Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUN -2 PM 12:43
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIF.
tec
DEPUTY

JPA FURNITURE INC., ON BEHALF OF ITSELF
AND ALL OTHERS SIMILARLY SITUATED,

                Plaintiff,
   v.

GLOBAL CHECK SVC.,

                Defendant.

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 0978 BEN BLM

TO: (Name and Address of Defendant)

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Michael D. Braun (167416); BRAUN LAW GROUP, P.C.
12304 Santa Monica Blvd., Suite 109, Los Angeles, California 90025
Tel: 310-442-7755; Fax 310-442-7756; E-mail: service@braunlawgroup.com
PLEASE SEE ATTACHMENT A

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 6/2/08 |
|---|---|
| CLERK | DATE |

By  B. LLOYD  , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

CR

## ATTACHMENT A TO SUMMONS

**COUNSEL FOR PLAINTIFF**

ROY A. KATRIEL (*pro hac vice* application to be filed)
THE KATRIEL LAW FIRM, PLLC
1101 30TH Street, NW Suite 500
Washington, DC 20007
Telephone: (202) 625-4342
Facsimile: (202) 330-5593