1  Michael D. Braun (167416)
   BRAUN LAW GROUP, P.C.
2  12304 Santa Monica Blvd., Suite 920
   Los Angeles, CA 90025
3  Tel:    (310) 442-7755
   Fax:    (310) 442-7756
4  E-mail: service@braunlawgroup.com

5  Roy A. Katriel (*pro hac vice* application to be filed)
   THE KATRIEL LAW FIRM, PLLC
6  1101 30TH Street, NW Suite 500
   Washington, DC 20007
7  Tel:    (202) 625-4342
   Fax:    (202) 330-5593
8  E-mail: rak@katriellaw.com

9  *Counsel for Plaintiff*

10

11                     UNITED STATES DISTRICT COURT

12                    SOUTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| JPA FURNITURE INC., ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>              Plaintiff,<br><br>    v.<br><br>GLOBAL CHECK SVC.,<br><br>              Defendant. | CASE NO.: 08-CV-0978-BEN-BLM<br><br>**CLASS ACTION**<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT GLOBAL CHECK SVC.** |

1  TO: THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      Plaintiff JPA Furniture Inc. hereby submits, as Exhibit A, Proof of Service of the Summons

3  and Complaint on Defendant Global Check Svc.

5  Dated: June 17, 2008

   Michael D. Braun
   BRAUN LAW GROUP, P.C.

7              By:     /s/ Michael D. Braun
                       Michael D. Braun
8                      12304 Santa Monica Blvd., Suite 109
                       Los Angeles, CA 90025
9                      Tel:    (310) 442-7755
                       Fax:    (310) 442-7756
10                     E-mail:  service@braunlawgroup.com

11                     Roy A. Katriel
                       THE KATRIEL LAW FIRM, PLLC
12                     1101 30TH Street, NW Suite 500
                       Washington, DC 20007
13                     Tel:    (202) 625-4342
                       Fax:    (202) 330-5593
14                     E-mail:  rak@katriellaw.com

15                     **Counsel for Plaintiff**

1

# EXHIBIT A

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Michael D. Braun, 167416<br>BRAUN LAW GROUP, P.C.<br>12304 Santa Monica Blvd Suite 109<br>LOS ANGELES, CA 90025-1040<br>TELEPHONE NO.: (310) 442-7755<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>880 Front St. Rm. 4290<br>San Diego, CA 92101-8900 | |
| PLAINTIFF/PETITIONER: JPA Furniture Inc., et al.<br>DEFENDANT/RESPONDENT: Global Check Svc. | CASE NUMBER:<br>08CV0978 BEN BLM |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>Global |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Summons, Complaint, Civil Case Cover Sheet

**BY FAX**

3. a. Party served: Global Check SVC.

   b. Person Served: David Homoki - Person authorized to accept service of process

4. Address where the party was served: 266 S. Magnolia Avenue Suite 201
   El Cajon, CA 92020

5. I served the party
   b. **by substituted service.** On (date): 6/3/2008   at (time): 3:15 PM   I left the documents listed in item 2 with or in the presence of: David Homoki
      (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Global Check SVC.

   under:   Other: Business Organization Form Unknown  CCP 415.95
7. Person who served papers
   a. Name:         Sean Francisco
   b. Address:      One Legal - 194-Marin
                    504 Redwood Blvd #223
                    Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 117.50
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 959
         (iii) County SAN DIEGO

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 6/4/2008

Sean Francisco
(NAME OF PERSON WHO SERVED PAPERS)                                    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6663702

2

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: <br> Michael D. Braun, 167416 <br> BRAUN LAW GROUP, P.C. <br> 12304 Santa Monica Blvd Suite 109 <br> LOS ANGELES, CA 90025-1040 | TELEPHONE NO.: <br> (310) 442-7755 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR *(Name)*: Plaintiff | Ref. No. or File No. <br> Global | |

Insert name of court, judicial district or branch court, if any:

United States District Court
880 Front St. Rm. 4290
San Diego, CA 92101-8900

PLAINTIFF:

JPA Furniture Inc., et al.

DEFENDANT:

Global Check Svc.

| **PROOF OF SERVICE BY MAIL** | | | | CASE NUMBER: <br> 08CV0978 BEN BLM |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 6/4/2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

Summons, Complaint, Civil Case Cover Sheet

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

Global Check SVC.
David Homoki
266 S. Magnolia Avenue, Suite 201
El Cajon, CA 92020

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

$ 117.50

Solomon Rodriguez
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 6/4/2008 at Los Angeles, California.

*Solomon Rodriguez*

FF# 6663702

1 **PROOF OF SERVICE**

2  STATE OF CALIFORNIA           )
                                 )ss.:
3  COUNTY OF LOS ANGELES         )

4    I am a member of the California Bar and am admitted to practice in this district. I am over the age of 18 and not a party to the within action; my business address is 12304 Santa Monica Boulevard, Suite 109, Los Angeles, California 90025.

6    On June 17, 2008, I filed and served the document(s) described as:

7    **PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT GLOBAL CHECK SVC.**

8  by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Roy A. Katriel, Esq.<br>THE KATRIEL LAW FIRM, PLLC<br>1101 30TH Street, NW Suite 500<br>Washington, DC 20007<br>Tel:  (202) 625-4342<br>Fax:  (202) 330-5593<br>E-mail: rak@katriellaw.com<br><br>**Attorneys for Plaintiff** | Global Check Svc.<br>Attn. Legal Department<br>266 South Magnolia Avenue, Suite 201<br>El Cajon, CA 92020<br>Tel:  (619) 593-5150<br>Fax:  (800) 961-2210<br><br>**Defendant** |

15  I served the above document(s) as follows:

16    **BY MAIL.** I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

    I declare under penalty of perjury under the laws of the United States that the above is true and correct.

21    Executed on June 17, 2008, at Los Angeles, California 90025.

                                    /S/ MICHAEL D. BRAUN
                                       Michael D. Braun

2

CASE NO.: 08-CV-0978-BEN-BLM