1  ROBERT S. BREWER, JR. (SBN 64294)
   JAMES S. MCNEILL (SBN 201663)
2  MCKENNA LONG & ALDRIDGE LLP
   Suite 3300, Symphony Towers
3  750 B Street
   San Diego, CA  92101
4  Telephone:    (619) 595-5400
   Facsimile:    (619) 595-5450
5
   Attorneys for Defendant
6  GLOBAL CHECK SERVICES

7

8               UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10

11  JPA FURNITURE INC., ON BEHALF OF       CASE NO.  08 CV 0978 BEN (BLM)
    ITSELF AND ALL OTHERS
12  SIMILARLY SITUATED,                    **JOINT MOTION BY DEFENDANT
                                           GLOBAL CHECK SERVICES AND
13             Plaintiff,                  PLAINTIFF JPA FURNITURE INC. FOR
                                           EXTENSION OF TIME TO RESPOND TO
14  v.                                     COMPLAINT**

15  GLOBAL CHECK SVC.,                     Complaint filed:    June 2, 2008
                                           Trial Date:         None Set
16             Defendant.

17

18

19        Plaintiff JPA FURNITURE, INC. ("Plaintiff") and Defendant GLOBAL CHECK

20  SERVICES ("Defendant"), by and through their counsel, agree and stipulate as follows:

21        1.    On or about June 3, 2008, Plaintiff filed its complaint in the United States District

22  Court for the Southern District of California;

23        2.    Defendant was served on June 3, 2008;

24        3.    Defendant's responsive pleading is presently due on June 23, 2008;

25        4.    Defendant has been diligently searching for suitable counsel in the Southern

26  District of California;

27        5.    On or about June 19, 2008, Defendant retained the law firm of McKenna Long &

28  Aldridge LLP to serve as Defendant's counsel;

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

6.      Given the pendency of the current response date and that McKenna Long & Aldridge LLP was only recently engaged as counsel, Defendant's counsel requires additional time to properly review Plaintiff's complaint and prepare the appropriate response thereto;

7.      Defendant's counsel conferred with counsel for Plaintiff on June 20, 2008, and the parties have agreed to extend the date of Defendant's response to July 14, 2008; and

8.      There have been no prior extensions to file a responsive pleading to the Complaint.

THEREFORE, the parties agree, stipulate and jointly move to continue the due date for Defendant's responsive pleading to **July 14, 2008**.

Dated: June 20, 2008                    Braun Law Group, P.C.

The Katriel Law Firm, PLLC

By:  s/Michael D. Braun
       Michael D. Braun
       Attorneys for Plaintiff
       JPA FURNITURE INC.
       E-mail:  service@braunlawgroup.com

Dated: June 20, 2008                    McKenna Long & Aldridge LLP

By: s/ James S. McNeill
       James S. McNeill
       Attorneys for Defendant
       GLOBAL CHECK SERVICES
       E-mail: jmcneill@mckennalong.com

1        I, James S. McNeill, hereby certify that the content of this joint motion is acceptable to all

2    parties who are required to sign this joint motion.  Plaintiff's counsel authorizes Defendant Global

3    Check Services to affix his CM/ECF electronic signature to this joint motion.

4    Dated: June 20, 2008                                    McKenna Long & Aldridge LLP

5

6                                                            By: s/ James S. McNeill
                                                                 James S. McNeill
7                                                                Attorneys for Defendant
                                                                 GLOBAL CHECK SERVICES
8                                                                E-mail: jmcneill@mckennalong.com

9

10
      SD:22166180.1
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO
                                              - 3 -                                      08CV0978

**JPA FURNITURE INC. V. GLOBAL CHECK SVC.**
**United States District Court Case No. 08-CV-0978 BEN (BLM)**

**CERTIFICATE OF SERVICE**

     I, James S. McNeill, certify that I caused to be served upon the following counsel and parties of record a copy of the following document(s):

- **JOINT MOTION BY DEFENDANT GLOBAL CHECK SERVICES AND PLAINTIFF JPA FURNITURE INC. FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**
- **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

as indicated/listed on the United States District Court, Southern District of California's CM/ECF registered email list in the above-referenced matter.

Michael D. Braun, Esq.                                *Attorneys for Plaintiff*
BRAUN LAW GROUP, P.C.
12400 Wilshire Blvd., Suite 920
Los Angeles, CA 90025
Tel.: (310) 442-7755/**Fax: (310) 442-7756**
E-mail: service@braunlawgroup.com

via personal service, overnight mail (VIA UPS Overnight), facsimile, first class mail or e-mail, as indicated below:

Roy A. Katriel, Esq.                                   *Attorneys for Plaintiff*
THE KATRIEL LAW FIRM, PLLC
1101 30TH Street, NW, Suite 500
Washington, DC 20007
Tel.: (202) 625-4342/**Fax: (202) 330-5593**
E-mail: rak@katriellaw.com

Via U.S. Mail

     Executed on **June 20, 2008,** in San Diego, California.

                                   s/James S. McNeill
                                    James S. McNeill