FILED
2008 JUN 24 PM 4: 36
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JPA FURNITURE INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GLOBAL CHECK SVC.,<br><br>Defendant. | Case No. 08cv0978 BEN (BLM)<br><br>**ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

The parties jointly moved for an extension of time for Defendant Global Check Services to answer or otherwise respond to the Complaint. Dkt. No. 4 (June 20, 2008). The motion is granted because an extension will allow sufficient time for Defendant's recently-retained counsel to prepare an appropriate response to the Complaint. Accordingly, Defendant shall answer or otherwise respond to the Complaint on or before July 14, 2008.

IT IS SO ORDERED.

Dated: June 24, 2008

/s/ Roger T. Benitez
Roger T. Benitez
United States District Judge