ROBERT S. BREWER, JR. (SBN 64294)
JAMES S. MCNEILL (SBN 201663)
MCKENNA LONG & ALDRIDGE LLP
Suite 3300, Symphony Towers
750 B Street
San Diego, CA  92101
Telephone:	(619) 595-5400
Facsimile:	(619) 595-5450

Attorneys for Defendant
GLOBAL CHECK SERVICES

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JPA FURNITURE INC., ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GLOBAL CHECK SVC.,<br><br>　　　　　Defendant. | CASE NO.  08 CV 0978 BEN (BLM)<br><br>**JOINT MOTION BY DEFENDANT GLOBAL CHECK SERVICES AND PLAINTIFF JPA FURNITURE INC. FOR SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Complaint filed:	June 2, 2008<br>Trial Date:	None Set |

　　　　Plaintiff JPA FURNITURE, INC. ("Plaintiff") and Defendant GLOBAL CHECK SERVICES ("Defendant"), by and through their counsel, agree and stipulate as follows:

　　　　1.　　On or about June 3, 2008, Plaintiff filed its complaint in the United States District Court for the Southern District of California;

　　　　2.　　Defendant was served on June 3, 2008;

　　　　3.　　Defendant's responsive pleading is presently due on June 23, 2008;

　　　　4.　　On or about June 19, 2008, Defendant retained the law firm of McKenna Long & Aldridge LLP to serve as Defendant's counsel;

　　　　5.　　Given the pendency of the response date and that McKenna Long & Aldridge LLP was only recently engaged as counsel, Defendant's counsel sought and with Plaintiff's approval obtained an extension of Defendant's deadline to respond to the complaint to July 14, 2008;

6. Since obtaining the initial extension of the response date, counsel for Plaintiff and Defendant have initiated discussion on the potential settlement of the named plaintiff's claims;

7. In addition, counsel for Defendant is required to engage in previously-unplanned travel just prior to and through the current response date such that he is unavailable to file a response on the current date;

8. Counsel for Plaintiff and Defendant have conferred, and given the status of settlement discussions and Defense counsel's unplanned travel prior to and on the date currently set to file a response to the Complaint, the parties believe a short further extension of the response date is reasonable and will not cause undue delay; and

9. There has been one prior extension to file a responsive pleading to the Complaint.

THEREFORE, the parties agree, stipulate and jointly move to continue the due date for Defendant's responsive pleading to **July 25, 2008**.

Dated: July 11, 2008

Braun Law Group, P.C.

The Katriel Law Firm, PLLC

By: s/Michael D. Braun
Michael D. Braun
Attorneys for Plaintiff
JPA FURNITURE INC.
E-mail: service@braunlawgroup.com

Dated: July 11, 2008

McKenna Long & Aldridge LLP

By: s/ James S. McNeill
James S. McNeill
Attorneys for Defendant
GLOBAL CHECK SERVICES
E-mail: jmcneill@mckennalong.com

1  I, James S. McNeill, hereby certify that the content of this joint motion is acceptable to all
2  parties who are required to sign this joint motion. Plaintiff's counsel authorizes Defendant Global
3  Check Services to affix his CM/ECF electronic signature to this joint motion.

Dated: July 11, 2008                                    McKenna Long & Aldridge LLP

                                                        By: s/ James S. McNeill
                                                        James S. McNeill
                                                        Attorneys for Defendant
                                                        GLOBAL CHECK SERVICES
                                                        E-mail: jmcneill@mckennalong.com

SD:22166180.2

**JPA FURNITURE INC. v. GLOBAL CHECK SVC.**
**United States District Court Case No. 08-CV-0978 BEN (BLM)**

### CERTIFICATE OF SERVICE

I, James S. McNeill, certify that I caused to be served upon the following counsel and parties of record a copy of the following document(s):

- **JOINT MOTION BY DEFENDANT GLOBAL CHECK SERVICES AND PLAINTIFF JPA FURNITURE INC. FOR SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT**
- **ORDER GRANTING JOINT MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT**

as indicated/listed on the United States District Court, Southern District of California's CM/ECF registered email list in the above-referenced matter.

| | |
|---|---|
| Michael D. Braun, Esq.<br>BRAUN LAW GROUP, P.C.<br>12400 Wilshire Blvd., Suite 920<br>Los Angeles, CA 90025<br>Tel.: (310) 442-7755/**Fax: (310) 442-7756**<br>E-mail: service@braunlawgroup.com | ***Attorneys for Plaintiff*** |

via personal service, overnight mail (VIA UPS Overnight), facsimile, first class mail or e-mail, as indicated below:

| | |
|---|---|
| Roy A. Katriel, Esq.<br>THE KATRIEL LAW FIRM, PLLC<br>1101 30TH Street, NW, Suite 500<br>Washington, DC 20007<br>Tel.: (202) 625-4342/**Fax: (202) 330-5593**<br>E-mail: rak@katriellaw.com | ***Attorneys for Plaintiff*** |

Via U.S. Mail

Executed on **July 11, 2008,** in San Diego, California.

                                                              s/James S. McNeill
                                                                James S. McNeill