# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JPA FURNITURE INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GLOBAL CHECK SVC.,<br><br>Defendant. | Case No. 08cv0978 BEN (BLM)<br><br>**ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

The parties jointly moved for an extension of time for Defendant Global Check Services to answer or otherwise respond to the Complaint. Dkt. No. 6 (July 11, 2008). Because a ten-day extension will allow the parties additional time to negotiate a settlement, this joint motion is granted. Accordingly, Defendant shall answer or otherwise respond to the Complaint on or before July 25, 2008.

IT IS SO ORDERED.

Dated: July 17, 2008

Roger T. Benitez
United States District Judge

- 1 -

08cv0978