MICHAEL D. BRAUN (SBN 167416)
BRAUN LAW GROUP, P.C.
12304 Santa Monica Blvd., Suite 109
Los Angeles, CA 90025
Telephone: (310) 442-7755
Facsimile: (310) 442-7756
E-mail: service@braunlawgroup.com

Attorney for Plaintiff
JPA FURNITURE, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JPA FURNITURE INC., ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL CHECK SVC.,<br><br>Defendant. | CASE NO. 08 CV 0978 BEN (BLM)<br><br>JOINT MOTION BY PLAINTIFF JPA FURNITURE INC. AND DEFENDANT GLOBAL CHECK SVC. FOR STAY OF PROCEEDINGS UNTIL SEPTEMBER 8, 2008, AND FOR ADJOURNMENT OF HEARING ON DEFENDANT'S MOTION TO DISMISS, PENDING THE PARTIES' SETTLEMENT DISCUSSIONS<br><br>Complaint filed: June 2, 2008<br>Trial Date: None Set |

Plaintiff JPA FURNITURE, INC. ("Plaintiff") and Defendant GLOBAL CHECK SERVICES ("Defendant"), by and through their counsel, agree and stipulate as follows:

1. On or about June 2, 2008, Plaintiff filed its complaint in the United States District Court for the Southern District of California;

2. Defendant was served on June 3, 2008;

3. Defendant's responsive pleading was initially due on June 23, 2008;

4. On or about July 11, 2008, Defendant sought, by way of a Joint Motion, an extension of time to respond to the Complaint, and that Joint Motion was granted by the Court;

5. On July 25, 2008, Defendant filed its Motion to Dismiss the Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) And Motion to Strike Punitive Damages

("Motion to Dismiss"), as well as supporting declarations. The motion was noticed for a hearing on September 8, 2008;

6. Since the filing of Defendant's Motion to Dismiss, the parties have engaged in preliminary discussions about the possibility of resolving this putative class action through a settlement agreement. The discussions have resulted in an exchange of a settlement memorandum from Plaintiff's counsel to Defendant's counsel on August 21, 2008. Upon review of that settlement memorandum, the parties, through their undersigned counsel, have concluded that additional discussions and negotiations about the possibility of settlement are warranted and desirable;

7. Under the present briefing schedule, any Opposition to be filed by Plaintiff in response to Defendant's Motion to Dismiss would be due no later than August 25, 2008. In addition, as no responsive pleading to the Complaint has been filed, Plaintiff has voiced its intent to file an Amended Complaint, pursuant to Federal Rule of Civil Procedure 15, in lieu of an Opposition to the Motion to Dismiss;

8. Because the parties are engaged in the midst of settlement discussions that have progressed and that both parties believe warrant additional negotiation with the aim of resolving this matter, if at all possible, through settlement, the parties both believe that it would be warranted to stay all briefing and other pleading filing deadlines, so that the parties may continue to explore the possibility of settlement. The parties, therefore, jointly request that this action be stayed for two weeks, until September 8, 2008, at which point, the parties will report to the Court on the status of their settlement discussions. If the settlement discussions should yield a result before September 8, 2008, the parties shall promptly report this result to the Court at that time. In light of the stay being sought, the parties also agree, subject to Court approval, to take off calendar the currently pending September 8, 2008 hearing date on the Motion to Dismiss. In the event that the parties' settlement discussions do not yield a settlement agreement, Defendant shall re-notice the hearing on the pending Motion to Dismiss after the stay of the action has expired.

There have been two prior extensions of time granted to Defendant to file a responsive pleading to the Complaint.

THEREFORE, the parties agree, stipulate and jointly move to **stay this action until September 8, 2008, and to take off-calendar the currently scheduled September 8, 2008 hearing on Defendant's Motion to Dismiss**, so that the parties can continue to pursue settlement discussions.

Dated: August 25, 2008                    BRAUN LAW GROUP, P.C.


By: *s/Michael D. Braun*
    Michael D. Braun
    Attorneys for Plaintiff
    JPA FURNITURE INC.
    E-mail: service@braunlawgroup.com


Dated: August 25, 2008                    McKENNA LONG & ALDRIDGE LLP


By: *s/ James S. McNeill*
    James S. McNeill
    Attorneys for Defendant
    GLOBAL CHECK SERVICES
    E-mail: jmcneill@mckennalong.com

I, Michael D. Braun, hereby certify that the content of this joint motion is acceptable to all parties who are required to sign this joint motion. Defendant's counsel authorizes Plaintiff JPA Furniture, Inc. to affix his CM/ECF electronic signature to this joint motion.

Dated: August 25, 2008

                                          Braun Law Group, P.C.

                                          By: *s/ Michael D. Braun*
                                              Michael D. Braun
                                              Attorneys for Plaintiff
                                              JPA FURNITURE, INC.
                                              E-mail: mdb@braunlawgroup.com

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
                    )ss.:
COUNTY OF LOS ANGELES )

I am a member of the California Bar and am admitted to practice in this district. I am over the age of 18 and not a party to the within action; my business address is 12304 Santa Monica Boulevard, Suite 109, Los Angeles, California 90025.

On August 25, 2008, I filed and served the document(s) described as:

**JOINT MOTION BY PLAINTIFF JPA FURNITURE INC. AND DEFENDANT GLOBAL CHECK SVC. FOR STAY OF PROCEEDINGS UNTIL SEPTEMBER 8, 2008, AND FOR ADJOURNMENT OF HEARING ON DEFENDANT'S MOTION TO DISMISS, PENDING THE PARTIES' SETTLEMENT DISCUSSIONS**

by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Roy A. Katriel, Esq.<br>THE KATRIEL LAW FIRM, PLLC<br>1101 30TH Street, NW Suite 500<br>Washington, DC 20007<br>Tel:   (202) 625-4342<br>Fax:   (202) 330-5593<br>E-mail: rak@katriellaw.com<br>**Attorneys for Plaintiff** | James S. McNeill, Esq.<br>McKENNA LONG & ALDRIDGE LLP<br>750 B Street<br>Suite 3300, Symphony Towers<br>San Diego, CA 92101-8105<br>Tel:   (619) 595-5445<br>Fax:(619) 595-5450<br>Email: jmcneill@mckennalong.com<br>**Attorneys for Defendant** |

I served the above document(s) as follows:

**BY MAIL.** I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on August 25, 2008, at Los Angeles, California 90025.

                                                       /S/ MICHAEL D. BRAUN
                                                       Michael D. Braun