# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JPA FURNITURE, INC., on behalf of itself and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>GLOBAL CHECK SVC.,<br><br>　　　　　　　　　　　Defendant. | Case No. 08cv0978 BEN (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO STAY** |

　　Plaintiff JPA Furniture, Inc. has commenced this putative class action against Defendant Global Check Services. Dkt. No. 1 (June 2, 2008). Defendant moved to dismiss the Complaint and to strike the prayer for punitive damages. Dkt. No. 8 (July 25, 2008). The parties now jointly move to stay the proceedings for two weeks. Dkt. No. 9 (Aug. 25, 2008). Because a stay will allow the parties additional time to negotiate a settlement, their joint motion is granted. The September 8, 2008 hearing date for Defendant's pending motions is vacated; hearing is reset for October 6, 2008, at 10:30 a.m. Plaintiff shall respond to Defendant's pending motions on or before September 22, 2008.

　　IT IS SO ORDERED.

Dated: September 2, 2008

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Roger T. Benitez
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

- 1 -　　　　　　　　　　　　　　　　　　　　　　　　　　　　08cv0978